FIRST NATIONAL BANK OF OWATONNA v. CLARENCE P. ANDERSON AND ANOTHER.[1]

September 6, 1935.

No. 30,626.

*Leach & Leach,* for appellants.
*Nelson & Nelson,* for respondent.

PER CURIAM.

The motion of appellants to remand the cause to the district court is denied for the reason that the mortgage foreclosure sale made after the entry of the judgment appealed from cannot affect the validity of such judgment; and, furthermore, if appellants have a remedy under the moratorium act, they may apply to the district court for relief when an attempt is made to enforce the judgment against any real estate belonging to them.

[1]Reported in 262 N. W. 222.